1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MASTERTON, | Case No.  CV10 1008 RGK (SHx) |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| v. | Date: May 17, 2010<br>Time: 9:00 a.m.<br>Ctrm: 850 |
| CREDIT MANAGEMENT, LP, | |
| Defendant. | Judge:  R. Gary Klausner |
| | Complaint Filed:  December 24, 2009 |

\\\
\\\
\\\

RC1/5559191.2/PF1                                    - 1 -

**[PROPOSED] JUDGMENT**

1  **TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF**
2  **RECORDS:**
3  Pursuant to the Order filed on May 19, 2010, which granted Defendant Credit
4  Management, LP's Motion for Summary Judgment, and having ordered entry of
5  judgment in said Order;
6  **NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED**
7  that judgment shall be entered against Plaintiff Elizabeth Masterton and in favor of
8  Defendant Credit Management, LP.
9  Plaintiff shall take nothing, and Defendant shall be awarded its reasonable
10 costs by application to the Clerk of the Court.
11 The Clerk of the Court is hereby ordered to render judgment for Defendant as
12 stated herein.
13
14 **IT IS SO ORDERED:**
15
16
17 Dated:  June 10, 2010
18 _____
19 Judge R. Gary Klausner
   United States District Judge
20 Central District of California
21
22
23
24
25
26
27
28

RC1/5559191.2/PF1                              - 2 -
**[PROPOSED] JUDGMENT**